KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California 94105-2420
    Telephone:   (415) 744-8494
    Facsimile:    (202) 481-1810 or (415) 744-6812
    Email:        edwin.joe@sba.gov

Attorneys for the Receiver

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | E-filing |
|     **Plaintiff,** | ) | |
| | ) | Civil Case No. C 05 – 1195 EMC |
|     v. | ) | |
| | ) | ~~(Proposed)~~ |
| **MILEPOST VENTURES, L.P.** | ) | Order Approving Motion for |
| | ) | Increase in Receiver's Certificates |
| | ) | |
| | ) | |
|     **Defendant.** | ) | |
| | ) | |
| | ) | |

    This matter came before the Court upon the unopposed motion of the United States Small Business Administration ("SBA") in its capacity as court-appointed receiver ("the Receiver") for Milepost Ventures, LP for entry of an order increasing the amount that the Receiver is authorized to borrow in the form of Receiver's Certificates. Upon consideration of the pleadings in this matter, it is hereby ordered that:

**Order Approving Motion for Increase in Receiver's Certificates**    0

1. The Receiver's Motion is granted in its entirety;

2. The Receiver is hereby authorized to borrow an additional $1,000,000 in Receiver's Certificates from SBA, for a new amount of up to $1,500,000, for the specific, limited purpose of funding Milepost's *pro rata* share in the Series D round of financing for Raven Biotechnologies, Inc. The certificate will be issued at a rate of approximately ten per cent (10%) per annum for a term not to exceed eighteen (18) months from the

date of issue. Said Receiver's Certificates of Indebtedness shall have priority over all other debts and obligations of MILEPOST, excluding administrative expenses of the Receivership, whether currently existing or hereinafter incurred, including without limitation any claims of general or limited partners of MILEPOST.

**IT IS SO ORDERED.**

Dated: June 13, 2005

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

AGREED TO AS TO FORM AND CONTENT:

Milepost Ventures, L.P., through its authorized representative

By:     Christine B. Cordano[1]

Title:  General Partner to
        Milepost Ventures Management, Inc.
        General Partner of Milepost Ventures, L.P.

---

[1] This was verbally approved via telephone on June 10, 2005. See Attorney Declaration of Edwin L. Joe regarding unavailability of the General Partner to be reached by fax, email, express mail or other electronic means.