KEVIN V. RYAN, CA NO. 118321
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney

455 Market Street, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812
edwin.joe@sba.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | E-Filing |
| ) | |
| Plaintiff, ) | Case No: C05-1195 EMC |
| ) | |
| ) | HON. EDWARD M. CHEN |
| v. ) | |
| ) | |
| MILEPOST VENTURES, L.P. ) | Date: Feb. 15, 2006 |
| ) | Time: 10:30 AM |
| Defendant. ) | Ctrm: C, 15th Floor |
| _____ ) | 450 Golden Gate Ave., SF, CA |

**ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

Upon full consideration of the Motion of the U.S. Small Business Administration as Receiver for Milepost Ventures, L.P. for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, filed by the U.S. Small Business Administration, Receiver ("Receiver") for Milepost Ventures, L.P. ("Milepost"), and this Court being duly advised as to the merits,

**IT IS HEREBY ORDERED THAT:**

C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE
-1-

1.     The Receiver's Motion for entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

2.     Following the entry of this Order, the Receiver is ORDERED to send notice, substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, partners, participant investors or lenders with Milepost, portfolio concerns or limited partners of Milepost, and to any other persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against Milepost, the receivership estate, or assets or funds in the possession of the Receiver;

3.     The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit "A" hereto, once each week for two weeks in *The Recorder* and in *The San Francisco Daily Journal*, each of which is a newspaper of general circulation;

4.     This Court further ORDERS that it finds that notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against Milepost, the receivership estate, or assets or funds in the possession of the Receiver;

5.     All persons or entities having claims against Milepost, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o Richard Moser, Member, Phoenix Management Partners,

C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE
-2-

LLC, Principal Agent for SBA, Receiver for Milepost Ventures, L.P., 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within thirty (30) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6. In setting forth a claim against Milepost, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by Milepost; and (5) to provide at the time of filing such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7. In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8. To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against Milepost, the receivership estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether

C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE

-3-

1  now known or unknown, against Milepost, its Receiver, their successors or assigns, or against
2  assets or funds in the possession of the Receiver.

4  SO ORDERED: This <u>14</u> day of <u>Feb.</u> 2006, in San Francisco, California.

*(signature and seal: IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California)*

HONORABLE EDWARD M. CHEN
United States Magistrate

APPROVED AS TO FORM:

*Christine Cordaro*  2/13/06
Christine Cordaro                    Date
Milepost Ventures Management, Inc.
General Partner to Milepost Ventures, L.P.

Copies To:

Edwin L. Joe
Special Assistant United States Attorney
455 Market Street, Sixth Floor
San Francisco, CA 094105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812

Arlene M. Embrey
Trial Attorney
U.S. Small Business Administration
Receiver for Milepost Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6976
Facsimile: (202) 481-0324

Richard Moser, Member, Phoenix Management Partners, LLC
Principal Agent for the Receiver
SBA, Receiver for Milepost Ventures, L.P.

C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE
-4-

1  666 11th Street, N.W., Suite 200
2  Washington, D.C. 20001-4542
   Telephone: (202) 272-3617
3  Facsimile: ( 202) 504-2247
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
    CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE
    -5-

**NOTICE TO ALL CREDITORS OR CLAIMANTS OF
MILEPOST VENTURES, L.P.**

By Order of the U.S. District Court for the Northern District of California, San Francisco Division, dated _____, persons or entities who wish to assert a claim against Milepost Ventures, L.P. ("Milepost") must do so by filing a written claim with the Receiver on or before [date thirty (30) days after last date of notice by publication]. All previously submitted claims against Milepost or its Receiver must be resubmitted in accordance with this Notice.

Milepost, a California limited partnership, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Milepost has been in receivership since June 3, 2005 by Order of the Court identified above, entered in Case No. C05-1195 EMC, U.S.A. v. Milepost Ventures, L.P.,

Any person or entity asserting a claim against Milepost or assets or funds in the hands of the Receiver, must do so in writing, and forward such claim to:

> SBA, Receiver for Milepost Ventures, L.P.
> Richard Moser, Member
> Phoenix Management Partners, LLC, Principal Agent
> 666 11th Street, N.W., Suite 200
> Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., [date thirty (30) days after last date of notice by publication].

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by Milepost or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before (Date) will result in your claim being forever barred, and you will not thereafter be able to make a claim against Milepost, or any other assets or funds in the possession of the Receiver.

> U.S. SMALL BUSINESS ADMINISTRATION
> As Receiver for Milepost Ventures, L.P.

**EXHIBIT A**

C05-1195 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE