KEVIN V. RYAN, CA NO. 118321
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney

455 Market Street, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812
edwin.joe@sba.gov

Attorneys for Plaintiff

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | E-Filing |
| Plaintiff, | Case No: C05-1195 EMC<br>HON. EDWARD M. CHEN |
| v. | Date: Nov. 8, 2006<br>Time: 3:00 PM |
| MILEPOST VENTURES, L.P. | Room: Ctrm C, 15th Fl.,<br>450 Golden Gate Ave., SF, CA |
| Defendant. | |

## ORDER

This matter comes before the Court on the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for MILEPOST Ventures, L.P. ("MILEPOST") for Entry of an Order Approving and Confirming the First Receiver's Report for the Period June 4, 2005 through July 31, 2006, and this Court being duly advised as to the merits,

**C05-1151 EMC - ORDER APROVING THE FIRST RECEIVER'S REPORT FOR THE PERIOD OF JUNE 4, 2005 THROUGH JULY 31, 2006**

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion to consider entry of an Order Approving and Confirming the First Receiver's Report for the Period June 4, 2005 through July 31, 2006, is **GRANTED**; and

2. This Court APPROVES AND CONFIRMS the First Receiver's Report for the Period June 4, 2005 through July 31, 2006, and the actions and the activities of the Receiver as reported therein. (AS CLARIFIED BY THE SUPPLEMENTAL DECLARATION OF RICHARD MOSER (DOCKET NO. 39))

3. This Court authorizes the Receiver to abandon further efforts to collect on the debts owed to Milepost by BlueKite.com and Siros Technologies, Inc., and to abandon further efforts to liquidate Milepost's equity interests in BlueKite.com and Siros Technologies, Inc., and to close both portfolios.

**IT IS SO ORDERED** this ~~~ day of _October_ 2006, in San Francisco, California.

---

THE HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Copies To:

Edwin L. Joe
Special Assistant United States Attorney
455 Market Street, Sixth Floor
San Francisco, CA 094105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812

1  Arlene Embrey
   Trial Attorney for SBIC Enforcement
2  U.S. Small Business Administration
3  Receiver for MILEPOST Ventures, L.P.
   409 Third Street, S.W., 7th Floor
4  Washington, DC  20416

5  
   Richard E. Moser
6  Phoenix Management Partners, LLC
   Agent for SBA, Receiver for MILEPOST Ventures, L.P.
7  259 King St. #470
   San Francisco, CA  94107-5459
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C05-1151 EMC - ORDER APROVING THE FIRST RECEIVER'S REPORT FOR THE
PERIOD OF JUNE 4, 2005 THROUGH JULY 31, 2006