1  KEVIN V. RYAN, CA NO. 118321
   United States Attorney
2  JOANN M. SWANSON, CA NO. 88143
3  Chief, Civil Division
   EDWIN L. JOE, CA NO. 112328
4  Special Assistant U.S. Attorney

5       455 Market Street, Sixth Floor
        San Francisco, CA 94105
6       Telephone: (415) 744-8494
7       Facsimile: (415) 744-6812
        edwin.joe@sba.gov
8
9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,  )      E-Filing
                               )
14          Plaintiff,         )      Case No: C05-1195 EMC
                               )
15                             )      HON. EDWARD M. CHEN
                               )
16  v.                         )
                               )      Date:  Nov. 8, 2006
17  MILEPOST VENTURES, L.P.    )      Time:  10:30 AM
                               )      Ctrm:  C, 15th Floor
18          Defendant.         )             450 Golden Gate Ave., SF, CA
                               )
19  ────────────────────────────

20  **ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF
21  CLAIMS AND AUTHORIZING PAYMENT OF APPROVED CLAIMS WITHOUT
    ESTABLISHING SUMMARY DISPOSITION PROCEDURES**

22      This matter came before the Court on the Motion for Entry of an Order Approving the
23
24  Receiver's Notice and Determination of Claims and Authorizing Payment of Approved Claims
25  without Establishing Summary Disposition Procedures filed by the U. S. Small Business
26
27
28  **C05-1195 EMC – ORDER ON APPROVING THE RECEIVER'S RECOMMENDED
    DISPOSITION OF CLAIMS AND THE PRIORITY OF PAYMENT OF APPROVED
    CLAIMS AND WITHOUT ESTABLISHING SUMMARY DISPOSITION PROCEDURES**
    -1-

1  Administration ("SBA") as Receiver ("Receiver") for Milepost Ventures, LP ("Milepost").  After

2  reviewing the pleadings,

3  **IT IS HEREBY ORDERED THAT**:

4
5  1.    The Receiver's Motion for Entry of an Order Approving the Receiver's Notice and

6  Determination of Claims, Authorizing Payment of Approved Claims and Establishing Summary

7  Disposition Procedure is **GRANTED**; and

8  2.    The Receiver's Notice and Determination of Claims Received in Response to the

9  Claims Bar Date, and the Receiver's recommendations therein are **APPROVED**; and
    (AS CLARIFIED BY THE SUPPLEMENTAL DECLARATION OF RICHARD MOSER (DOCKET N°. 39))
10  3.    The Receiver is authorized to pay the following claims in the following order of

11  priority, to the extent of available receivership assets, and the following claims are hereby
12
13  **APPROVED**:

14  a)    First, any and all administrative expenses of the receivership estate as reported in
    Expenses after
15  the Receiver's Reports to this Court; THE RECEIVER'S REPORTS, TO BE APPROVED
    BY THE COURT

16  b)    Second, any future outstanding Receiver's Certificates, should the Receiver make

17  such borrowings from the SBA in the future, plus accrued interest;
18
19  c)    Third, for payment of the approved general claim of Christine Cordaro in the

20  amount of $22,435.84; and

21  4.    Fourth, to the United States Small Business Administration, a federal agency and

22  the sole Preferred Limited Partners in the amount of $16,265,000.00, representing the principal

23  amount of outstanding Participating Securities Leverage;

24  5.    After the expenses and claims in paragraphs one through four are paid in full, any
25
26  surplus shall be distributed to the equity shareholders of Milepost in accordance with the

27  Agreement of Limited Partnership;

28  **C05-1195 EMC – ORDER ON APPROVING THE RECEIVER'S RECOMMENDED
    DISPOSITION OF CLAIMS AND THE PRIORITY OF PAYMENT OF APPROVED
    CLAIMS AND WITHOUT ESTABLISHING SUMMARY DISPOSITION PROCEDURES**
    -2-

1      6. All persons who failed to file claims pursuant to the terms of the Court's Order entered

2  February 14, 2006 establishing the Claims Bar Date, shall be forever barred and shall be

3  permanently enjoined from asserting, pursuing or prosecuting any pre-receivership claim (i.e.,

4  arising before June 3, 2005) against Milepost, the Receiver, their successors or assigns, or

5

6  against assets or funds in the possession of the Receiver.

7

8  **SO ORDERED** this 24th day of ___October___ 2006, in San Francisco, California.

9

10

11

12  _____
        THE HONORABLE EDWARD M. CHEN
13          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **C05-1195 EMC – ORDER ON APPROVING THE RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS AND THE PRIORITY OF PAYMENT OF APPROVED CLAIMS AND WITHOUT ESTABLISHING SUMMARY DISPOSITION PROCEDURES**